O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY MICHAEL PISARCIK, | ) | Case No. SACV 08-1081-SVW (DTB) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| v. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| T. FELKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the Magistrate Judge. No objections to the Report and Recommendation have been filed herein.

    The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge. To clarify the Magistrate Judge's Report and Recommendation regarding Grounds Three and Four of the Petition, the Court has determined that Petitioner's claims are procedurally defaulted. Nonetheless, to the extent the claims are considered on the merits, the Court agrees with the Magistrate Judge's analysis of these claims.

1   IT IS THEREFORE ORDERED that Judgment be entered denying the
2   Petition and dismissing this action with prejudice.

8   DATED:   March 11, 2010

                                          STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE

2