JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY MICHAEL
PISARCIK,

            Petitioner,

    vs.

T. FELKER, Warden,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  SACV 08-1081-SVW (DTB)


**J U D G M E N T**


     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: <u>March 11, 2010</u>


_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE